IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT D. MIX,**<br><br>Plaintiff,<br><br>v.<br><br>**AUDREY KING, Executive Director, CSH, LINDSEY CUNNINGHAM, Psychologist, CSH, DR. SALOUM, Psychiatrist, CSH,**<br><br>Defendants. | 1:13-cv-00823-AWI-MJS (PC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STAY ACTION AND TO VACATE TRIAL AND PRETRIAL DEADLINES**<br><br>(ECF No. 75) |

   Plaintiff is a civil detainee proceeding pro se in a civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Willow Saloum and Lindsey Cunningham on Plaintiff's Fourteenth Amendment failure to protect claim. Trial is set for July 8, 2016. (ECF No. 70.)

   Defendants moved this Court for an order staying the proceedings and vacating the Court's Pretrial Order of February 22, 2016 (ECF No. 56) and Minute Order of March 31, 2016 (ECF No. 70) including the dates/deadlines for filing final witness lists, delivery of exhibit binders, list of discovery documents intended for use at trial, opposition for

1

motions in limine, if any, jury instructions, proposed voir dire questions, and trial given the sudden and unexpected death of their trial counsel. The matter since has been reassigned to a new deputy attorney general. (ECF No. 78.)

In light of the reassignment of this action, the Court concludes that Defendants' request to stay the proceedings is moot. However, given the imminent pretrial deadlines and trial date, the Court will grant Defendants' motion to vacate the remaining dates of the Pretrial Order and the Court's Minute Order of March 31, 2016.

Thus, good cause having been shown, Defendant's motion is GRANTD IN PART AND DENIED IN PART as follows:

1. Defendants' request to stay the proceedings is DENIED at moot;

2. The present remaining dates of the Pretrial Order of February 22, 2016 (ECF No. 56), and Minute Order of March 31, 2016 (ECF No. 70) are vacated; and

3. The undersigned shall separately issue a scheduling order resetting pretrial deadlines and trial.

IT IS SO ORDERED.

Dated:   May 3, 2016                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

2